**Electronically Filed
Supreme Court
SCPW-11-0001014
25-JAN-2012
11:14 AM**

NO. SCPW-11-0001014

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———

GLENN K. MIZUKAMI, Petitioner,

vs.

THE HONORABLE DANIEL R. FOLEY, JUDGE OF THE INTERMEDIATE COURT
OF APPEALS, STATE OF HAWAI'I, Respondent.

———

ORIGINAL PROCEEDING
(CAAP-11-0000618, CAAP-11-0000662 and CAAP-11-0000663)

ORDER
(By: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ. and
Circuit Judge Wilson, in place of Recktenwald, C.J., recused)

Upon consideration of the motion for reconsideration of the January 6, 2012 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, January 25, 2012.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

